UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-077 |
| | ) | |
| DREQUAN CHARLES GRAY | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Joanna V. Mastny** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Joanna B. Mastny** be granted leave of absence for the following periods: **July 8, 2019 through July 19, 2019; and August 1, 2019 through August 6, 2019.**

This 10th day of June, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA